# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JEREMIAH FOSTER, as trustee of the STM Liquidating Trust, successor and assignee to the claim of Jeremiah Foster, as trustee for the Chapter 11 Estate of SHOOT THE MOON, LLC,<br><br>    Plaintiff,<br>vs.<br><br>KENNETH HATZENBELLER, an individual, and JOHN DOES 1-10,<br><br>    Defendants. | Cause No. CV-17-120-GF-BMM<br><br>**ORDER** |

THE COURT, having reviewed the parties' Joint Motion to Appear Telephonically, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for both parties may appear at the preliminary pretrial conference on November 13, 2018 by telephone. The Court will contact counsel prior to the hearing with the call-in information.

DATED this 8th day of November, 2018.

_____
Brian Morris
United States District Court Judge