IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEREMIAH FOSTER, as trustee of the STM Liquidating Trust, successor and assignee to the claim of Jeremiah Foster, as trustee for the Chapter 11 Estate of SHOOT THE MOON, LLC, <br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HATZENBELLER, an individual, and JOHN DOES 1-10,<br><br>Defendants. | CV-17-120-GF-BMM <br><br>**ORDER** |

This case has settled at a settlement conference held on August 22, 2019. (Doc. 37.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **September 27, 2019**, or show good cause for their failure to do so.

DATED this 4th day of September, 2019.

Brian Morris
United States District Court Judge

-1-